# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

GABRIEL ADRIAN GUERRA,      §
#02273823      §
     §    CIVIL NO. 4:22-cv-911
VS.      §
     §
DIRECTOR, TDCJ-CID      §

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #12), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 3, 2026, the Magistrate Judge entered the Report, recommending that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied, and that the case be dismissed with prejudice. Petitioner filed a motion for leave to file objections in excess of the page limitations, (Dkt. # 13), and objections. (Dkt. #14).

Petitioner reurges the issues in his § 2254 motion. The Court has reviewed the tendered objections, and they generally add nothing new to Petitioner's prior contentions in this case. Despite his arguments, Petitioner fails to show that the Report is in error or that he is entitled to relief. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Petitioner to the Report, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the motion for leave to file objections in excess of the page limitations, (Dkt. #13), is **GRANTED**. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and the case is **DISMISSED** with prejudice. It is further **ORDERED** that a certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 23rd day of March, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE